# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS,<br><br>　　　Plaintiff<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-00556-APG-NJK<br><br>**Order Granting Defendant Dr. Bryan's Unopposed Motion to Dismiss**<br><br>[ECF No. 32] |

Defendant Gregory Bryan moved to dismiss the claims against him. ECF No. 32. Plaintiff James Banks did not respond.

I THEREFORE ORDER that defendant Gregory Bryan's motion to dismiss **(ECF No. 32) is GRANTED as unopposed**. LR 7-2(d).  All claims in this case against Gregory Bryan, M.D. are dismissed.

DATED this 1st day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE