# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS,<br>    Plaintiff(s),<br>v.<br>JOSEPH LOMBARDO, et al.,<br>    Defendant(s). | Case No. 2:20-cv-00556-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 37] |

Pending before the Court is a stipulation to revive and extend expert deadlines. Docket No. 37. Such a request may be granted upon a showing of excusable neglect and good cause. Local Rule 26-3. Having reviewed the stipulation, the request for extension is **GRANTED** and deadlines are **SET** as follows:

- Amend pleadings/ add parties:  Closed
- Initial experts:  December 15, 2021
- Rebuttal experts:  January 3, 2022
- Discovery cutoff:  January 10, 2022
- Discovery motions:  January 24, 2022
- Dispositive motions:  February 9, 2022
- Joint proposed pretrial order:  March 11, 2022, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: November 23, 2021

                                                          _____<br>
                                                          Nancy J. Koppe<br>
                                                          United States Magistrate Judge

1