**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES VINCENT BANKS,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00556-APG-NJK<br><br>**Order**<br><br>[Docket No. 45] |

Pending before the Court is Defendants' motion to conduct the deposition of Plaintiff while in custody. Docket No. 45. For good cause shown, the motion is hereby **GRANTED**. Defendants are permitted to take the deposition of Plaintiff, and must confer with the detention authorities about the appropriate procedures for doing so.

IT IS SO ORDERED.

Dated: January 27, 2022

                                                    Nancy J. Koppe
United States Magistrate Judge

1