# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS,<br><br>　　Plaintiff<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>　　Defendants | Case No.: 2:20-cv-00556-APG-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 49] |

I ORDER that plaintiff James Banks' motion to extend time **(ECF No. 49) is GRANTED**. The plaintiff's opposition to the defendants' motion for judgment on the pleadings (ECF No. 42) is due by March 11, 2022.

DATED this 8th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE