UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS,<br><br>　　　Plaintiff<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-00556-APG-NJK<br><br>**Order**<br><br>[ECF No. 55] |

I ORDER that plaintiff James Vincent Banks' motion for an extension of time **(ECF No. 55) is GRANTED**. Banks' response to the defendants' motion for judgment on the pleadings (ECF No. 50) is due April 22, 2022.

DATED this 18th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE