# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS, | Case No. 2:20-cv-00556-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 58] |
| JOSEPH LOMBARDO, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the time to file a reply relating to his motion to extend the time for service. Docket No. 58. Litigants generally have seven days to file a reply brief. Local Rule 7-2(b). Citing logistical difficulties in litigating from prison, Plaintiff is seeking an extension of his reply deadline to May 22, 2022. *See* Docket No. 58 at 1. In particular, Plaintiff indicates that he has allocated his current store of legal supplies for other matters in the case and that he cannot acquire more legal supplies for a few more weeks. *See id.* at 4. Plaintiff must manage his case (and existing legal supplies) to enable that the case advances in a reasonably expedient manner. The Court declines to allow the lengthy extension sought and will instead provide a new deadline that is two weeks from today's date. Accordingly, the motion to extend is GRANTED in part and the deadline to file the reply brief for the motion to extend the time for service is EXTENDED to April 19, 2022.

IT IS SO ORDERED.

Dated: April 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge