# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS,<br>     Plaintiff(s),<br>v.<br>JOSEPH LOMBARDO, et al.,<br>     Defendant(s). | Case No. 2:20-cv-00556-MMD-NJK<br><br>**ORDER** |

Plaintiff has failed to update his address. *See* Docket No. 97 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by November 22, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: October 25, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1