# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES VINCENT BANKS,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00556-MMD-NJK<br><br>**Order**<br><br>[Docket No. 88] |

Pending before the Court is Defendants' motion to compel. Docket No. 88. That motion was served on Plaintiff in Clark County Detention Center. *Id.* at 14. During this time, Plaintiff filed a notice of changed address. Docket No. 101. Hence, it is not clear whether Plaintiff was served with the motion to compel. The Court hereby **ORDERS** Plaintiff to respond to the motion to compel by December 5, 2022. Moreover, the Court **INSTRUCTS** the Clerk's Office to mail Plaintiff a copy of the motion to compel and its exhibits (Docket No. 88).

IT IS SO ORDERED.

Dated: November 21, 2022

                                                                         Nancy J. Koppe<br>                                                                        United States Magistrate Judge