```
 1  S. BRENT VOGEL
    Nevada Bar No. 006858
 2  Brent.Vogel@lewisbrisbois.com
    ETHAN M. FEATHERSTONE
 3  Nevada Bar No. 11566
    Ethan.Featherstone@lewisbrisbois.com
 4  6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
 5  Telephone: 702.893.3383
    Facsimile: 702.893.3789
 6  Attorneys for Defendant Larry Williamson, M.D.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES VINCENT BANKS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOESEPH LOMBARDO, SHERIFF OF CLARK COUNTY; CHEIF JOHN DOE-LVMPD; CAPTAIN JOHN DOE-LVMPD; DOCTOR JAMES WILLIAMSON (M.D.) NAPHCARE INC., DOES 1-50 NAPHCARE, INC.; JAMES DZUENZA, DIRECOTR OF PRISONS, N.D.O.C.; BRIAN E. WILLIAMS, (WARDEN); H.D.S.P.; DOES 1-50 N.D.O.C.; DOCTOR ALLEY (M.D.) N.N.C.C.; DOES 1-20 N.N.C.C.; MR. FILSON (WARDEN AT E.S.P.); ISIDISO BACA (WARDEN AT N.N.C.C.) DOES 1-20, ET AL.,<br><br>    Defendant. | Case No. Case 2:20-cv-00556-MMD-NJK<br><br>**MOTION TO REMOVE S. BRENT VOGEL AND ETHAN M. FEATHERSTONE FROM SERVICE LIST** |

      Defendant Larry Williamson, M.D. ("Defendant"), by and through his counsel of record LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully request that S. Brent Vogel and Ethan

///
///
///
///
///
///

125758729.1            1            Case No. 2:20-cv-00556-MMD-NJK

M. Featherstone be removed from the CM/ECF service list for the above-captioned case. Defendant's Motion to Dismiss was granted on February 13, 2023 [ECF No. 116].

DATED this 19th day of June, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ *Ethan M. Featherstone*
S. BRENT VOGEL
Nevada Bar No. 006858
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Larry Williamson, M.D.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2023